UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

A CERTIFIED TRUE COPY

ATTEST

By Tarrell L. Littleton on Aug 31, 2010

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**

Aug 16, 2010

FILED
CLERK'S OFFICE

**IN RE: YASMIN AND YAZ (DROSPIRENONE)**
**MARKETING, SALES PRACTICES AND**
**PRODUCTS LIABILITY LITIGATION**

MDL No. 2100

(SEE ATTACHED SCHEDULE)

**FILED**

**SEP 0 1 2010**

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

**CONDITIONAL TRANSFER ORDER (CTO-32)**

On October 1, 2009, the Panel transferred 32 civil actions to the United States District Court for the Southern District of Illinois for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 655 F.Supp.2d 1343 (J.P.M.L. 2009). Since that time, 527 additional actions have been transferred to the Southern District of Illinois. With the consent of that court, all such actions have been assigned to the Honorable David R. Herndon.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of Illinois and assigned to Judge Herndon.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Southern District of Illinois for the reasons stated in the order of October 1, 2009, and, with the consent of that court, assigned to the Honorable David R. Herndon.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of Illinois. The transmittal of this order to said Clerk shall be stayed 14 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 14-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Aug 31, 2010

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Jeffery N. Lüthi
Clerk of the Panel

SOUTHERN DISTRICT OF ILLINOIS
CERTIFIED TRUE COPY
By _Sara L. Jennings_
Deputy Clerk
Date 09/01/10

IN RE: YASMIN AND YAZ (DROSPIRENONE)
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION                    MDL No. 2100

### SCHEDULE CTO-32 - TAG-ALONG ACTIONS

**DIST. DIV. C.A. #**          **CASE CAPTION**

**CALIFORNIA NORTHERN**
CAN 3  10-3321    Lynda Kerr v. McKesson Corp., et al. 10-20404- DRH-PMF
CAN 3  10-3331    Beata Lis v. McKesson Corp., et al. 10-20405 - DRH-PMF
CAN 3  10-3332    Brenda Harding v. McKesson Corp., et al. 10-20406- DRH-PMF
CAN 3  10-3356    Deanna Carter v. Bayer Corp., et al. 10-20407 - DRH-PMF
CAN 3  10-3357    Amy Christensen v. Bayer Corp., et al. 10-20408- DRH-PMF
CAN 3  10-3360    Jordan Wasia v. McKesson Corp., et al. 10-20409- DRH-PMF
CAN 4  10-3304    Erin Minton v. McKesson Corp., et al. 10-20410 - DRH-PMF
CAN 4  10-3323    Brianna Hawthorne v. McKesson Corp., et al. 10-20411 - DRH-PMF

**COLORADO**
CO   1  10-1747    Gail Dreis v. Bayer Corp., et al. 10-20412- DRH-PMF

**INDIANA SOUTHERN**
INS  1  10-608     Lois Diederich v. Bayer Healthcare Pharmaceuticals, Inc., et al. 10-20413-DRH-PMF

**NEW YORK SOUTHERN**
NYS 1  10-4470    Stacye Tesh v. Bayer Healthcare Pharmaceuticals, Inc., et al. 10-20414-DRH-PMF
NYS 1  10-4837    Lauren Saelens v. Bayer Healthcare Pharmaceuticals, Inc., et al. 10-20415-DRH-PMF
NYS 1  10-4839    Betty Reynolds v. Bayer Healthcare Pharmaceuticals, Inc., et al. 10-20416 DRH-PM

**SOUTH CAROLINA**
SC   4  10-1989    Theresa Dubose Harrison v. Bayer Corp., et al. 10-20417- DRH-PMF